Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiff
STEVEN GANZ and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN GANZ, a California resident, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.,<br><br>Defendants. | Case No. C 08-01721 JCS<br><br>**PLAINTIFF STEVEN GANZ'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-12, Plaintiff Steven Ganz gives notice that this action is related to *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. CV 07-05944 SC filed in the Northern District of California on November 26, 2007, the lead member case for the Multidistrict Litigation matter of *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The nature of the relationship between the *Ganz* case and the *Crago, Inc.* case listed above is that the cases involve substantially the same defendants, and require determination of the same or substantially the same

1  questions of fact and law and concern the same wrongful acts and occurrences.  Specifically, all cases
2  involve allegations that defendants participated in a conspiracy to fix, raise, maintain, and/or stabilize
3  the prices of cathode ray tubes ("CRTs"), which are used in a number of products including televisions
4  and computer monitors in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Given the closely
5  related nature of each of these cases, each involving substantially similar questions of law and fact,
6  transfer of these other actions to this district should be effected, pursuant to 28 U.S.C § 1407, in order
7  to serve the interests of judicial economy and avoid the potential for conflicting rulings.  Thus,
8  assignment of both of these actions to a single judge, in this instance the honorable Samuel Conti
9  whom has already been assigned the *Crago, Inc.* case, is likely to effect a savings of judicial effort and
10 other economies.

11 Dated: April 2, 2008                              GROSS BELSKY ALONSO LLP

13                                                   By:      /s/ Terry Gross
                                                              Terry Gross

                                                     Attorneys for Plaintiff STEVEN GANZ
15                                                   and the Proposed Class

# CERTIFICATE OF SERVICE

**RE:** *Steven Ganz v. Chunghwa Picture Tubes, et al.*
       Case No. CV 08-01721 JCS

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFF STEVEN GANZ'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

\_\_\_   **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

\_\_\_   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX    **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number C 08-01721 JCS.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2008 at San Francisco, California.

                                    /s/ Mary B. Cunniff
                                    MARY B. CUNNIFF