| | |
|---|---|
| 1 | Terry Gross (103878) |
| | Adam C. Belsky (147800) |
| 2 | Monique Alonso (127078) |
| | GROSS BELSKY ALONSO LLP |
| 3 | 180 Montgomery Street, Suite 2200 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 544-0200 |
| | Facsimile:   (415) 544-0201 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | STEVEN GANZ and the Proposed Class |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF STEVEN GANZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates to: | **(Civil Local Rule 3-12 AND 7-11)** |
| STEVEN GANZ, a California resident, on behalf of himself and all others similarly situated, v. CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC., Defendants. | Case No. C 08-01721 JCS |

1  Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Steven Ganz's Administrative
2  Motion to Consider Whether Cases Should be Related is GRANTED. The matter captioned *Steven
3  Ganz v. Chunghwa Picture Tubes, et al.*, Case No. C 08-01721 JCS, filed on March 31, 2008, is
4  related to the matter captioned *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. CV 07-
5  05944 SC filed in the Northern District of California on November 26, 2007. Further, *Ganz* shall be
6  coordinated with the MDL proceeding entitled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*,
7  Case No. M:08-CV-01917 SC.
8  Dated: ____April 3_____, 2008    _____
9                                          Honorable Samuel C.
                                            IT IS SO ORDERED
                                            Judge Samuel Conti

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 07-CV-05944                                                            2